## MYERS BROTHERS V. LONDON GROCERY COMPANY.

Court of Appeals of Kentucky.

(Decided Jan. 22, 1935.)

J. B. WALL, for movant.

H. C. CLAY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## W. P. HARLEY V. E. D. HENDRIX.

Court of Appeals of Kentucky.

(Decided Feb. 19, 1935.)

N. G. GOAD & N. F. HARPER, for movant.

A. J. OLIVER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## Aaron WARD V. W. H. MEEK.

Court of Appeals of Kentucky.

(Decided Jan. 22, 1935.)

W. J. WARD, for movant.

WHEELER & WHEELER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.